# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> V. <br><br> KABIR BHAIYAN, DEFENDANT. | CASE NUMBER <br><br> 2:07-MJ-104-TFM |

## NOTICE OF ACCEPTANCE OF APPOINTMENT

**COMES NOW,** Daniel G. Hamm, and hereby gives notice of acceptance as appointed counsel for the Defendant.

**RESPECTFULLY SUBMITTED** this the 7th day of December, 2007.

/s/ Daniel G. Hamm
---
Daniel G. Hamm (HAM043)
Attorney for the Defendant
560 S. McDonough St., Ste. A
Montgomery, Alabama 36104
Telephone   334-269-0269
Fax         334-323-5666

# CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Notice of Acceptance of Appointment by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 7th day of December, 2007.

/s/ Daniel G. Hamm
-----------------------------------
Daniel G. Hamm (HAM043)
Attorney for the Defendant
560 S. McDonough St., Ste. A
Montgomery, Alabama 36104
Telephone    334-269-0269
Fax          334-323-5666

Matthew W. Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197