IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR. NO. 2:07-mj-104-TFM |
| ) | |
| KABIR BHAIYAN ) | |

### O R D E R

Upon consideration of the government's motion for release of prisoner filed on December 11, 2007, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Kabir Bhaiyan, to Blake Diamond, ICE, and/or Les Brown, U.S. Attorney's Office, on December 12, 2007, through March 12, 2008, so that said agents can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Blake Diamond, ICE, and/or Les Brown, U.S. Attorney's Office, return said prisoner into the custody of the United States Marshals Service when they have finished with him.

DONE this the 12th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE