IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CRIMINAL ACTION NO. |
| | ) | 2:07mj104-TFM |
| SONGIT BHAIYAN and | ) | |
| KABIR BHAIYAN | ) | |

**ORDER**

For good cause,

It is ORDERED that pursuant to the Oral Motion by Defense Counsel to waive detention and preliminary hearing that the Government's Motion for Detention (filed December 7, 2007, Document # 7), is GRANTED. The defendants are bound over to the Grand Jury. The defendant(s) are remanded to the custody of the U. S. Marshal.

DONE, this 12th day of December, 2007.

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATE MAGISTRATE JUDGE