**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.   2:07mj104-TFM** |
| | ) | |
| **SONGIT BHAIYAN a/k/a Humayun Sazzad** | ) | |
| **KABIR BHAIYAN a/k/a Humayun Kabir** | ) | |

**GOVERNMENT'S MOTION TO DISMISS**

Comes now the United States of America, by and through Leura G. Canary, United States

Attorney for the Middle District of Alabama, and moves to dismiss the complaint filed against

defendants Songit Bhaiyan and Kabir Bhaiyan, because it is in the interests of justice to do so.

Respectfully submitted this the 9th day of January, 2008.

LEURA G. CANARY
United States Attorney

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
matthew.shepherd@usdoj.gov

**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO.  2:07mj104-TFM** |
| | ) | |
| **SONGIT BHAIYAN a/k/a Humayun Sazzad** | ) | |
| **KABIR BHAIYAN a/k/a Humayun Kabir** | ) | |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2008, I electronically filed the foregoing with the Clerk of

Court using the CM/EF system which send notification of such filing to all attorneys on record.

LEURA G. CANARY
United States Attorney

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
matthew.shepherd@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO.  2:07-mj-104-TFM |
| | ) | |
| SONGIT BHAIYAN a/k/a Humayun Sazzad | ) | |
| KABIR BHAIYAN a/k/a Humayun Kabir | ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Complaint as to Songit Bhaiyan a/k/a Humayun Sazzad, and Kabir Bhaiyan a/k/a Humayun Kabir, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this _____ day of January, 2008.

_____
UNITED STATES MAGISTRATE JUDGE


DISMISSAL OF COMPLAINT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Complaint heretofore filed in the above styled cause as to Songit Bhaiyan a/k/a Humayun Sazzad, and Kabir Bhaiyan a/k/a Humayun Kabir.


Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135