IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:07-mj-104-TFM |
| ) | |
| SONGIT BHAIYAN a/k/a Humayun Sazzad   ) | |
| KABIR BHAIYAN a/k/a Humayun Kabir   ) | |

O R D E R

Upon consideration of the Motion for Leave to Dismiss the Complaint as to Songit Bhaiyan a/k/a Humayun Sazzad, and Kabir Bhaiyan a/k/a Humayun Kabir, heretofore filed in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is granted. It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby granted.

DONE this 10th day of January, 2008

/s/Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

DISMISSAL OF COMPLAINT

Comes now the United States of America with leave of the Court first had and obtained and dismisses the Complaint heretofore filed in the above styled cause as to Songit Bhaiyan a/k/a Humayun Sazzad, and Kabir Bhaiyan a/k/a Humayun Kabir.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Matthew W. Shepherd
MATTHEW W. SHEPHERD
131 Clayton Street
Montgomery, Alabama 36104
Phone: (334) 223-7280
FAX: (334) 223-7135