# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>V.<br><br>**KABIR BHAIYAN, DEFENDANT.** | **CASE NUMBER**<br><br>**2:07-MJ-104-TFM** |

## MOTION TO WITHDRAW

**COMES NOW** the undersigned defense counsel in the above-styled matter and moves this Honorable Court for an Order allowing the withdrawal of the undersigned as counsel of record for the Defendant, by stating the following:

      1. Counsel was previously appointed to represent the Defendant on December 7, 2007.

      2. The Government filed a Motion to Dismiss the Complaint against the Defendant and on January 10, 2008 this Honorable Court issued an Order granting the government's motion.

**WHEREFORE** the above premises considered the undersigned prays this Honorable Court will issue an Order withdrawing his representation of the Defendant in the above-styled matter.

**RESPECTFULLY SUBMITTED** this the 31st day of January, 2008.

/s/ Daniel G. Hamm

---

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE    334-269-0269
FAX          334-323-5666

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of this Motion to Withdraw by electronic transmission or by placing a copy in the United States Mail with sufficient postage for first class delivery to the attorney named below.

**DONE** this the 31st day of January, 2008.

/s/ Daniel G. Hamm

DANIEL G. HAMM (HAM043)
ATTORNEY FOR THE DEFENDANT
560 S. MCDONOUGH ST., STE. A
MONTGOMERY, ALABAMA 36104
TELEPHONE   334-269-0269
FAX         334-323-5666

Matthew W. Shepherd
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197