IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | CR. NO.  2:07-mj-104-TFM |
| ) | |
| KABIR BHAIYAN a/k/a Humayun Kabir ) | |

O R D E R

    Upon consideration of the Motion for Leave to Withdraw as Attorney (Doc. 29) filed on 1/31/2008 in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be and the same hereby is GRANTED.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion be and the same is hereby GRANTED.

    DONE this 4th   day of February, 2008

                                       /s/Terry F. Moorer
                                       TERRY F. MOORER
                                       UNITED STATES MAGISTRATE JUDGE